```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ENILDA PACHECO,

                Plaintiff,                    ORDER

        - against -                        24 Civ. 731 (NRB)

PENSKE TRUCK LEASING CO. and
GREGORY J. SPEAKS,

                Defendants.
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, this action was removed from state court on February 1, 2024, see ECF No. 1; and

WHEREAS, pursuant to this Court's February 5, 2024 Order, the parties were directed to appear telephonically for an initial conference with the Court on February 12, 2024 at 12:45 p.m., see ECF No. 4; and

WHEREAS, the Court understands that plaintiff was not notified of the conference; it is hereby

**ORDERED** that the initial pretrial conference will be held telephonically on February 28, 2024 at 3:00 p.m.

Dated:   February 20, 2024
         New York, New York

                                          _____
                                             NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE