# William Schwitzer & Associates, P.C.

ATTORNEYS AT LAW

(Formerly known as Dinkes & Schwitzer, P.C.)

820 Second Avenue • New York, N.Y. 10017
Tel. 212/683-3800 • Fax 212/685-2356

379 SMITH ROAD
LAKE RONKONKOMA, N.Y. 11779

WILLIAM SCHWITZER

BETH M. DIAMOND
JOHN C. MERLINO
MARC R. MAUSER

JONATHAN H. NOBLE
RORY M. SHECTMAN
MICHAEL W. MAHAN
CHRISTOPHER W. DRAKE
TAYLOR B. GABLEHOUSE
OLIVER OWAID
TRAVIS K. WONG
YASMEEN MASHRIQI
JUNG J. LEE
JUAN C. ESTRADA CASTILLO
SEBASTIAN BLANCO
JONATHAN D. ARONOFF
GREGORY P. REGENSBURG
DAVID L. MERLINO
ALYSSA POLEY


2017-2024
Client Satisfaction
American Institute of
Personal Injury Attorneys

August 18, 2025

*Via E-Filing*
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street-Courtroom 21A
New York, New York 10007

Re: Silverman, Esq., Chapter 7 Trustee v. Penske Truck Leasing Co. et al.
Case No.: 1:24-cv-00731-NRB

Honorable Buchwald,

My office represents plaintiff, Enilda Pacheco, in the above matter. Please allow this correspondence to serve as a joint status letter on behalf of all parties, and application to complete party depositions.

At the outset, we wish to advise Your Honor that my office recently filed our notice of appearance on behalf of plaintiff, on August 11, 2025 as trial counsel to NY Injury Lawyers PLLC.

On August 18, 2025, the undersigned and counsel for defendants met and conferred via telephone, and discussed the status of fact discovery, and our expectations for completing the same together, and moving the subject action forward.

To further advise Your Honor in response to your August 1, 2025 Order, prior to my office's appearance, there were candid discussions about whether plaintiff would be undergoing further surgery in June of this year with respect to injuries alleged from the subject incident. Since the filing my appearance, I can advise the Court and counsel for defendants that plaintiff has not undergone any further surgeries since the parties May 16, 2025 status letter, and is not scheduled to undergo any further surgeries, and plans to actively continue conservative treatment. We expect to have the outstanding employment authorizations served by August 29, 2025.

Plaintiff's deposition was begun on December 19, 2024, but not finished. Myself and counsel for defendants have scheduled plaintiff's continued deposition for September 19, 2025 and defendant Gregory J. Speaks deposition for October 10, 2025.

The parties respectfully request that we be allowed to write Your Honor with a further status letter following the deposition of defendant Speaks, and advise of a schedule for expert discovery, and/or requesting a referral to a magistrate judge for scheduling a settlement conference.

The parties thank Your Honor for your time, attention, and consideration to this matter.

*So Ordered*
*[signature]*
*Buchwald USDJ*
*8/19/25*

Very truly yours,

*[signature]*

Michael W. Mahan, Esq. (0800)

cc:
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for the Defendants
Attn.: Mr. Michael Wynn, Esq.